# United States Court of Appeals
## For the First Circuit

---

No. 12-2493

JULIO CARTAGENA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

ORDER OF COURT

Entered: January 22, 2013
Pursuant to 1st Cir. R. 27.0(d)

    The motion for appointment of counsel is provisionally denied at this time. The panel assigned to decide this appeal may reconsider at a later date whether to appoint counsel.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Chaitowitz, Dina Michael
Gallagher, Neil J., Jr.
Rose, Alan D., Sr.
Silverman, Amy R.
Tobin, David Gerard
Cartagena, Julio