# United States Court of Appeals
## For the First Circuit

No. 12-2493

JULIO CARTAGENA

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**

Entered: June 4, 2013
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Julio Cartagena to file a brief and an appendix be enlarged to and including **July 12, 2013**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Julio Cartagena
Dina Michael Chaitowitz
Neil J. Gallagher Jr.
Alan D. Rose Sr.
Amy R. Silverman
David Gerard Tobin